UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DON LIENEMANN,

    Plaintiff,

v.

THE CITY OF GRANITE CITY,
ED HAGNAUER, LABORERS LOCAL
#397, AND STEVE TYLER,

    Defendants.                    No. 14-cv-414-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on January 5, 2015 (Doc. 41), this case is **DISMISSED** with prejudice. Each party to pay its own costs.

                    JUSTINE FLANAGAN,
                    ACTING CLERK OF COURT

                    BY:    /s/*Cheryl A. Ritter*
                              **Deputy Clerk**

Dated:   January 12, 2015

                    Digitally signed by
                    David R. Herndon
                    Date: 2015.01.12
                    11:17:02 -06'00'

APPROVED:
        U. S. DISTRICT JUDGE